## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DAVID JACKSON** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CIVIL NO.: 1:16cv199-HSO-JCG** |
| | § | |
| **MARSHALL FISHER** *in his* | § | |
| *individual and official capacities* | § | |
| *as Commissioner of MDOC;* | § | |
| **JACQUELYN BANKS** *in her* | § | |
| *individual and official capacities* | § | |
| *as Superintendent of SMCI;* **and** | § | |
| **CENTURION** *(Company), Medical* | § | |
| *Provider* | § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter is before the Court on the Report and Recommendation [38] of United States Magistrate Judge John C. Gargiulo, entered on November 17, 2016, recommending that the Court dismiss without prejudice the Complaint [1] filed by Plaintiff David Jackson for failure to exhaust available administrative remedies. The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith adopting the Report and Recommendation [38],

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 6th day of February, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE